IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BEN RAY YODER,**

    **Plaintiff,**

**v.**         **Case No. 4:19cv621-MW/HTC**

**STATE OF FLORIDA,**

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for failure to state a claim and for failure to prosecute and failure to comply with orders of the Court." The Clerk shall also close the file.

**SO ORDERED on April 29, 2020.**

                                        s/Mark E. Walker
                                        **Chief United States District Judge**